## RONNIE HOLLEY *v.* COMMISSIONER OF CORRECTION

The petitioner Ronnie Holley's petition for certification for appeal from the Appellate Court, 124 Conn. App. 907 (AC 30775), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Mary Boehlert,* special public defender, in support of the petition.

*Marjorie Allen Dauster,* senior assistant state's attorney, in opposition.

Decided January 4, 2011

## MICHAEL URSINI *v.* JAMES BARNETT ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 855 (AC 31458), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Ronald J. Piombino,* in support of the petition.

*Taryn D. Martin* and *Robert A. Ziegler,* in opposition.

Decided January 4, 2011